```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**ABDURALUNAN A. HAJI,**

      **Plaintiff,**

  vs.                                      Civil Action 2:10-CV-33
                                                        Judge Graham
                                                        Magistrate Judge King

**COLUMBUS CITY SCHOOLS,** *et al.*,

      **Defendants.**

### ORDER

A status conference was held, by telephone, on November 4, 2011. All parties were represented by counsel.

Plaintiff's deposition has been completed. Plaintiff intends to depose 3 or 4 individuals, but anticipates that those depositions can be completed in one day. Defendants request that plaintiff produce, or at least specify, the particular video upon which he intends to rely in this action. All counsel believe that this remaining discovery can be completed by November 30, 2011.

It is **ORDERED** that all remaining discovery be completed no later than November 30, 2011.

The December 31, 2011 dispositive motions filing date remains, as does the April 6, 2012 final pretrial conference date and the May 7, 2012 trial date. **There will be no extension of the briefing schedule relating to any motion for summary judgment.**

If plaintiff tenders a written settlement demand to defendants, defendants must respond, in writing, within two (2) weeks. The Court may schedule a settlement or mediation conference upon request of any party.

<u>November 4, 2011</u>                                  <u>*s/Norah McCann King*</u>
  (Date)                                               Norah M<sup>c</sup>Cann King
                                            United States Magistrate Judge